

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-20-00088-CV

Susana **LEANO** and Jose Leano,
Appellants

v.

**CHUBB LLOYDS INSURANCE COMPANY OF TEXAS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18729
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended until April 29, 2020.

It is so **ORDERED** on April 16, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT